# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: BECKY R. THORSON |
| | U.S. Magistrate Judge |
| v. | Case No: 20-cr-232 JRT/KMM |
| | Date: November 5, 2020 |
| Amondo Antoine Miller (19), | Video Conference |
| | Time Commenced: 2:59 p.m. |
| Defendant, | Time Concluded: 3:13 p.m. |
| | Time in Court: 14 minutes |

APPEARANCES:

Plaintiff: Harry Jacobs, Assistant U.S. Attorney
Defendant: Manny Atwal, First Assistant Federal Public Defender
   X  FPD     X  To be appointed

Date Charges Filed:   10/20/2020     Offense:  Conspiracy to commit mail fraud; wire fraud

   X  Waived Reading of Charges     X  Advised of Rights

on     X  Indictment

**Released on conditions set forth in the District of Colorado and additional conditions. Order forthcoming.**

X  Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

X  Defendant consents to this hearing via video conference.

s/ACH<br>Signature of Courtroom Deputy