UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDO MILLER (19), KILEY SAINDON (20), JENNIFER WILLIAMSON (28), TASHENA CRUMP (31), BALLAM DUDLEY (35), CAITLIN SCHLUSSLER (36), MONICA SHARMA-HANSSEN (37), TIMOTHY HANSSEN (38), ERIC ESHERICK (43),<br><br>Defendants. | Criminal No. 20-232 (JRT/BRT)<br><br>**AMENDED TRIAL NOTICE** |

The trial in this case will be held Monday, April 10, 2023 at 9:00 a.m. in Courtroom 14E before the Honorable John R. Tunheim at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED,** that:

1. The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by March 20, 2023. D. Minn. LR 12.1(a)(1).

2. Defendants must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by March 27, 2023. D. Minn. LR 12.1(a)(2).

3. Exhibit lists are due by April 3, 2023.

4. Pre-trial submissions including a statement of the case, proposed voir dire, and jury instructions shall be filed on or before March 27, 2023.

5. The parties are directed to submit motions in limine on or before March 27, 2023. Responses are due on or before March 31, 2023.

6. A hearing on the motions in limine is set on April 7, 2023 at 10:00 a.m. in courtroom 14E.

Dated: January 18, 2023
at Minneapolis, Minnesota

      s/John R. Tunheim
      JOHN R. TUNHEIM
      United States District Court