PS 8
(Rev 5/10)

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

Filed by the Clerk

U.S.A. vs. Amondo Antoine Miller　　　　　　　Docket No. 0864 0:20CR00232-019(JRT)

**Petition for Summons**

　　　COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Amondo Antoine Miller (hereinafter Miller)** who was placed under pretrial supervision by the Honorable Becky R. Thorson, sitting in the Court at St. Paul on the 5th day of November, 2020. Following the trial verdict on November 6, 2023, Miller was continued under pretrial supervision pending sentencing under the following special conditions, in part:

- Pretrial Services Supervision
- No Use of Illegal Substances
- Substance Abuse Testing
- No Tampering with Drug Testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: On July 2, 2024, Miller failed to submit to a random drug test. On July 12, 2024, Miller submitted a random drug test that presumptively tested positive for marijuana. The sample is pending laboratory confirmation. On July 16, 2024, Miller admitted to use of marijuana. These actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

PRAYING THAT THE COURT WILL ORDER: That a summons be issued and a hearing be held to show cause why his pretrial release conditions should not be modified or revoked.

　　　ORDER OF THE COURT

Considered and ordered this 30 day of July, 2024, 2024, and ordered filed and made a part of the records in the above case.

s/John R. Tunheim
John R. Tunheim
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Houa Vang
Houa Vang
U.S. Probation Officer
612-508-8362

Executed on　July 29, 2024

Place　　　　St. Paul
Approved:

s/Nicole Smith
Nicole Smith, Assistant
Deputy Chief U.S. Probation Officer